UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW LOTT,<br><br>Petitioner,<br><br>v.<br><br>SHERMAN CAMPBELL,<br><br>Respondent. | Case No. 19-13597<br>Honorable Laurie J. Michelson |

**ORDER REOPENING CASE, DIRECTING SERVICE, AND SETTING DEADLINES**

On January 25, 2021, the Court stayed this habeas corpus proceeding and administratively closed the case to allow Petitioner Matthew Lott to exhaust claims in state court. (ECF No. 9.)[1] To ensure that Lott did not delay in pursuing state court remedies, the Court imposed conditions on that stay. The Court directed Lott to initiate state post-conviction proceedings within 90 days of this Court's order, and to further move to reopen this case within 90 days of exhausting state remedies. (*Id.* at PageID.83.)

On July 8, 2026, Lott filed a motion for habeas corpus which the Court construes as an amended petition and a request to reopen this case. (ECF No. 10.) Accordingly, the Court lifts the stay and directs the Clerk of Court to reopen the case and reinstate it to the Court's active docket.

[1] The case was originally assigned to the Honorable Arthur J. Tarnow and was reassigned to the undersigned on September 4, 2026.

IT IS FURTHER ORDERED that the Clerk of Court shall serve a copy of this order and the amended habeas petition (ECF No. 10) on the Michigan Attorney General and Respondent.

IT IS FURTHER ORDERED that Respondent shall file a responsive pleading and the Rule 5 materials within 180 days of the date of this order.

IT IS FURTHER ORDERED that Petitioner may file a reply brief within 45 days of the filing of the responsive pleading.

SO ORDERED.

Dated: October 1, 2026

s/Laurie J. Michelson
LAURIE J. MICHELSON
United States District Judge